

Attorneys admitted in
California, New York,
Texas, Colorado, and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

May 2, 2025

**DELIVERED VIA ECF**
Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



| | |
|---|---|
| Case Title: | *Andy Ryan Photographer, LLC v. Delany; et al.* 1:25-cv-00728-KPF |
| Re: | Request to Adjourn Conference |

Your Honor:

  This office represents Plaintiff, Andy Ryan Photographer, LLC, in the above-referenced matter. We respectfully request that the Court adjourn the initial pretrial conference currently scheduled for May 9, 2025 (Dkt. 10), for an additional thirty (30) days, and reschedule it to June 9, 2025, or to a later date that is convenient for the Court.

  Good cause exists for this request. The parties are currently engaged in ongoing settlement discussions and believe that additional time may lead to a resolution. This is the parties' first request for an adjournment of the conference. Defendant joins in this request.

  We thank the Court for its time and attention to this matter.

              Respectfully submitted,

         By: */s/ David Michael Stuart Jenkins*
            David Michael Stuart Jenkins, Esq.
            DONIGER / BURROUGHS
            For the Plaintiff

The initial pretrial conference previously scheduled for May 9, 2025, is hereby ADJOURNED to **June 13, 2025,** at **10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 17.

Dated:   May 2, 2025
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE